Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ☐ ST. THOMAS/ST. JOHN ☒ ST. CROIX

Oswald A. Jackson )
(Print your full name) )
 )
Plaintiff *pro se*, )
 ) **COMPLAINT**
 )
v. )
AMJAD R. AWWAD, YOLAN BROW ROSS ) Civil Action No. 1:23-cv-0031
BETHANY BRADFORD ) (To be provided by the Clerk of Court)
LAUREN WILLIAMS, JAVIER VELEZ )
PEOPLE OF THE VIRGIN ISLANDS )
Defendant(s) (See Attached Formal Complaint)

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

I. **Jurisdiction is asserted pursuant to (CHECK ONE):**

   ☒ 42 U.S.C. §1983 (for claims against state actors)

   ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for claims against federal actors)

II. **Parties in this complaint:**

   A. List your name, address and telephone number. You **must** keep the Clerk of Court apprised of your current contact information.

      Name: Oswald A. Jackson
      Street Address: Plot No. 210 Williams Delight
      City/State/Zip Code: Frederiksted, St. Croix, U.S.V.I. 00840
      Telephone No.: (340)-277-6991    Email Address: ojfarm2753@gmail.com

   B. Provide the name and address of each defendant listed in the caption. Attach additional sheets of paper as necessary.

      Defendant No. 1
      Name: Amjad R. Awwad/Crucian Wings
      Position/Title: Person/Owner
      Place of Employment: Crucian Wings
      Type of Suit (check all that apply):    ☒ individual capacity    ☒ official capacity
      Address: No. 1 Estate Cane, Frederiksted, St. Croix 00840

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

Defendant No. 2

Name: _Yolan Brow-Ross_

Position/Title: _Magistrate Judge_

Place of Employment: _Virgin Islands Territorial Superior Court_

Type of Suit (check all that apply):  ☒ individual capacity   ☒ official capacity

Address: _R.H. Amphlett Leader Justice Complex RR1 9000, Kingshill, St. Croix 00850_

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) position/title; (3) place of employment; (4) type of suit; and (5) address.

(See Attached Formal Complaint with Names and Addresses of Defendants)

## III. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action. Include also the names of other persons involved in the events giving rise to your claims. If you assert multiple claims, number and set forth each claim in a separate paragraph. **Do not give any legal arguments or cite any cases or statutes**.

A. Where did the events giving rise to your claim(s) occur? _At Crucian Wings when it was located at No. 5 & 6 Estate Mint, Frederiksted, St. Croix; at V.I. Territorial Superior Court @ R.H. Amphlett Leader Justice Complex, RR1 9000, Kingshill, St. Croix 00850, & @ No. 25 Estate Diamond, F'sted Farm_

B. What date did the events giving rise to your claim(s) occur? _From July 31, 2014 to June 01, 2023 and still continue to this day. Escalated events happened on May 19, 2023 at No 25 Estate Diamond Frederiksted and again on June 01, 2023 at R.H. Amphlett Leader Justice Complex, RR1 9000, Kingshill, St. Croix_

C. Identify the constitutional rights you believe have been violated. *If there are more than four counts, attach a separate sheet.*

   i. Count I: _Deprivation of Constitutional right to counsel at trial based on a fraudulent Agreement_
   
   ii. Count II: _Deprivation of Constitutional Seventh Amendment right to common law trial by Jury_
   
   iii. Count III: _Deprivation of right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures. (Fourth Amendment)_
   
   iv. Count IV: _Deprivation of rights to life, liberty, or property, without due process of law; and private property taken for public use, without just compensation;_

(See Attached Formal Complaint)

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

D. Provide the essential facts of your case "IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES."[1] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. Coerced by Amjad R. Awwad/Crucian Wings into a Fraudulent, Adhesive Management Agreemrnt to Manage the Defendant business without just and rightful fair consideration and compensation for my labor and other people services; Defendant Awwad promised not to litigate due to fact Plaintiff was assisting him to keep business opened and managed during his leave.

2. From August 2015 to present Plaintiff was denied the right to having legal counsel by the Court for a trial based on a fraudulent document with a possible counterclaim above the value of the value of $10,000.00 that Plaintiff and others are owed;

3. The Plaintiff was denied the common law right to trial by an impartial jury of his peers rather than being tried by magistrate judges that favored a fraudulent Accuser that continually denied the Plaintiff rights, and subtly coerced the Plaintiff to consent to a judgment without due process of law that Plaintiff's Constitutional rights continually denied;

4. Plaintiff was tried in a Court that proceeded without subject matter jurisdiction since the Plaintiff rights to counsel at trial, and right to trial by jury was denied and the Magistrate judges abused their Oath of Office and extended their authority above and beyond their jurisdiction and oath of Office to Coerce Plaintiff to a Consent Judgment;

5. Plaintiff was twice wrongfully arrested with Marshal's use of excessive force for no justified reason, and was not read his Miranda Rights or served with an arrest warrant for a just and lawful criminal charge for Plaintiff's Arrest to date; Arrest ordered on May 19 and June 01, 2023 by Magistrate Judge Yolan Brow Ross;

6. On June 01, 2023 Plaintiff and Court wrongfully and unlawfully seized Plaintiff and Plaintiff's wife private property without due process of law and denying the Plaintiff access to a pickup truck essentially need to operate Plaintiff's private farm. Seized wife (Mizie Jackson), private property 2001 Ford F-150 VIN IFTRW08L31KF19960 (See Attached Formal Complaint with Attached Exhibits of Evidence and Facts).

---

[1] FED. R. CIV. P. 10.

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

IV. **Damages**

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Lack of consideration fees and compensation for management services as an Independent Contractor to Defendant Awwad

Plaintiff & Court Legal Abuse Syndrome Emotional and psychological stress for the pass 8 years in a dishonorable court system

Loss of business and farm production due to continual threats of losing more than 60% of farm Animals

Plaintiff & Court Legal Abuse Syndrome as Physical and psychological injuries and harm for wrongful arrest

Loss of farm animals and loss of business and income opportunities due to wrongful seizure of private property without due process of law;

V. **Relief Requested** (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

☒ Monetary damages in the amount    $2,630,400.00
   against:

   ___ All defendants    _X_ Def. No. 1    ___ Def. No. 2

☒ An injunction ordering:  MJ Brow-Ross to cease and decease all court orders seizing and auctioning
   against:                Plaintiff properties, trespass on farm property, further wrongful arrests;

   ___ All defendants    ___ Def. No. 1    _X_ Def. No. 2

☒ Other    (*specify*):    $100,000.00 Each
   against:

   _x_ All defendants    _x_ Def. No. 1    _x_ Def. No. 2    **X Defendants 3.4.&5 et.al.**
                                                          **(See Attached Formal Complaint)**

☒ Costs and fees incurred in litigating this matter.

☒ Trial by jury on all issues so triable.

☒ Such other relief as may be appropriate.

VI. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court dealing with the same facts involved in this action?
   ☐ Yes    ☒ No

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 6 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

   1. Court: _____

   2. Case/Docket/Index Number:_____

   3. Date lawsuit filed:_____    Date closed_____

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

### VII. Verification and Declaration under Penalty of Perjury

*Initial each of the following:*

__OAJ__    I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

__OAJ__    I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

__OAJ__    In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant.**

__OAJ__    I have included:

 ☒ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to <u>Clerk, District Court of the Virgin Islands</u>; **or**

 ☐ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

__OAJ__    **I have included the following (available from the clerk's office):

 ☒ Motion for Permission for Electronic Case Filing ("e-filing or ECF")

  _____ I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).

  _____ I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.

 ☒ Pro Se ECF Registration Form

\*\* *INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.*

__OAJ__    I agree to promptly notify the clerk of any change of address.

__OAJ__    I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This 21 day of August, 2023

_____
Signature of plaintiff